IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., and INTELLECTUAL WELLNESS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> IRONMAGLABS, LLC. A Nevada Limited Liability Company and ROBERT DIMAGGIO <br><br> Defendants. | CIVIL ACTION FILE NO: <br><br> 1:15-cv-3887-RWS |

## NOTICE OF DISMISSAL

COMES NOW, the Plaintiff Hi-Tech Pharmaceuticals, Inc., and hereby dismisses the above-styled civil action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

This the 9th day of December, 2015.

                                            *s/ Edmund J. Novotny*
                                            Edmund J. Novotny
                                            Georgia Bar No. 547338

                                            Charles R. Bridgers
                                            Georgia Bar No. 080791

101 Marietta Street, Suite 3100
Atlanta, Georgia 30303
Tel: 404-979-3150
Fax: 404-979-3170
ednovotny@dcbflegal.com
charlesbridgers@dcbflegal.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| HI-TECH PHARMACEUTICALS, INC., and INTELLECTUAL WELLNESS, LLC, | : | |
| Plaintiffs, | : | |
| vs. | : | CIVIL ACTION FILE NO: |
| IRONMAGLABS, LLC. A Nevada Limited Liability Company and ROBERT DIMAGGIO | : | 1:15-cv-3887-RWS |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I certify that on December 9, 2015, I filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791